UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23501-CIV-MORENO

DORETHA WORLEY,

      Plaintiff,

vs.

CARNIVAL CORPORATION, doing business
as CARNIVAL CRUISE LINES,

      Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant Carnival's Motion for Summary Judgment, filed on **October 3, 2022**. The Magistrate Judge filed a Report and Recommendation (**D.E. 50**) on **February 1, 2023**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that Defendant Carnival's Motion for Summary Judgment is **DENIED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record